UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

NORTH AMERICAN SPECIALTY INSURANCE
COMPANY,
A New Hampshire Corporation

            Plaintiff,

-against-

LARRY MULLEN JR. and PAUL HEWSON,

            Defendants.

-------------------------------------------------------------------- x

**07 CIV 5886**

Case No. **JUDGE KARAS**
ECF CASE

**RULE 7.1 DISCLOSURE STATEMENT**

RECEIVED JUN 21 2007 U.S.D.C. S.D.N.Y. CASHIERS

**PLEASE TAKE NOTICE**, that, upon information and belief, plaintiff NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation, is a wholly owned subsidiary of SWISS RE AMERICA which is a wholly owned subsidiary of SWISS RE, which is a publicly held corporation.

Plaintiff reserves the right,pursuant to Rule 7.1(b)(2) to amend this statement as appropriate.

Dated:    New York, New York
              June 21, 2007

                                                Yours, etc.

                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                            By: _/s/ Mathew P. Ross_
                               Mathew P. Ross (MPR – 9297)
                               Attorneys for Plaintiff
                               NORTH AMERICAN SPECIALTY
                               INSURANCE COMPANY
                               150 East 42nd Street
                               New York, New York 10017-5639
                               (212) 490-3000
                               File No. 04345.01173

2859801.1