# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

New York Metropolitan Offices
150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038
3 Gannett Drive, White Plains, New York 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**MEMO ENDORSED**

October 15, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   North American Specialty Insurance Co. v. Larry Mullen Jr. and Paul Hewson
      Docket No.       :   07 CIV 5886
      Our File         :   04345.01173

Dear Judge Sullivan:

We represent the plaintiff North American Specialty Insurance Company ("NAS") in the above entitled action seeking declaratory relief. On June 21, 2007, we filed a complaint in this action. To date, we have not served the complaint upon the defendants. However, we forwarded a courtesy copy of the complaint to David Toraya, counsel for the defendants. Since that time, the parties have been attempting to negotiate a resolution of this insurance dispute in order to avoid the necessity of proceeding forward with the litigation. Due to the various representatives involved, we respectfully request an extension of time in which to serve the complaint upon defendants. Furthermore, please advise us whether a motion must be made for the requested relief.

Should you have any questions please do not hesitate to contact the undersigned.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Richard S. Klein

*[Handwritten endorsement:]* The parties shall appear for a status conference on December 5, 2007 at 10:45 AM. The parties shall apprise the Court of the status of the case and submit a proposed scheduling order by Nov. 27, 2007.

SO ORDERED.
Dated: RICHARD J. SULLIVAN
U.S.D.J.
10/23/07

2981230.1