UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NORTH AMERICAN SPECIALTY INSURANCE COMPANY,

                      Plaintiff(s),

against

LARRY MULLEN JR. and PAUL HEWSON,

                      Defendant(s).

Civil Action No. 07 CIV 5886

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL COUNSEL:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as notice and lead counsel for NORTH AMERICAN SPECIALTY INSURANCE COMPANY, in the above-entitled action. It is requested that all papers and notifications in this action be served upon the undersigned at the office and post office address stated below.

Dated:    New York, New York
            November 5, 2007

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *[signature]*
Mathew P. Ross (MPR 9297)
Attorneys for Plaintiff
NORTH AMERICAN SPECIALTY INSURANCE COMPANY
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 04345.01173

TO:
Grubman Indursky & Schindler, P.C.
152 West 57th Street
New York, New York 10019-3301
Attention:    David R. Toraya, Esq.

3033211 1