# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

New York Metropolitan Offices
150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038
3 Gannett Drive, White Plains, New York 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

November 27, 2007

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
120 Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07

Re:   North American Specialty Insurance Co. v. Larry Mullen Jr. and Paul Hewson
      Docket No.      :   07 CIV 5886
      Our File        :   04345.01173

Dear Judge Sullivan:

    We represent the plaintiff North American Specialty Insurance Company ("NAS") in the above entitled action seeking declaratory relief. On or about October 15, 2007, we sent a letter request to your honor seeking an extension of time in which to serve the summons and complaint. A courtesy copy of the letter was forwarded to defendants' personal counsel. We then received the letter Endorsed by your Honor on October 23rd and entered on October 25th ordering that the parties appear for a status conference on December 5, 2007. The Endorsement also ordered that the parties submit a proposed discovery scheduling order by today, November 27th.

    Upon receiving the Endorsed letter, I contacted the Court to discuss the fact that personal counsel for the defendants have never appeared in the action. At the direction of the Court, we were asked to submit a motion seeking to extend the time in which to serve the summons and complaint and that the status conference for December 5th would remain in place. After receiving the Endorsed letter, I contacted and spoke with David R. Toraya, Esq. from the firm Grubman Indursky & Schindler, P.C. who are personal counsel to the defendants. During the conversation, Mr. Toraya advised me that they were uncomfortable appearing in this action because the complaint had not yet been served and if the matter proceeds to litigation, then the defendants would retain separate litigation counsel.

    We electronically filed the motion earlier today and will forward a courtesy copy to defendants' personal counsel by first class mail. Because personal counsel to the defendants

1822032.1

have not yet appeared and are reluctant to do so, I cannot submit a proposed discovery scheduling order at this time and respectfully request an extension of time pending the outcome of our motion to extend the time to serve the complaint. I would also respectfully request that the status conference currently scheduled for December 5, 2007 be adjourned pending the outcome of the motion.

As was stated in the letter dated October 15th and in our recent motion, the basis for the request for an extension of time is that the parties have been discussing a possible resolution in order to avoid the necessity of proceeding forward with the litigation.

Thank you for your time and consideration of this request. Should you have any questions please do not hesitate to contact the undersigned.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Mathew P. Ross

Cc: Grubman Indursky & Schindler, P.C.
152 West 57th Street
New York, New York 10019-3301
Attention:  David R. Toraya, Esq.

---

*Handwritten order:*

Plaintiff's motion to extend the time in which to serve the complaint is granted. Plaintiff shall serve the complaint by January 4, 2008. No further extensions will be granted. The December 5, 2007 conference is adjourned to January 10, 2008 at 10:15 am.

SO ORDERED
Dated: 11/28/07
RICHARD J. SULLIVAN, U.S.D.J.

1822032.1