USDNY DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/08

Sullivan, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation, | ) ) ) ) | **DISCONTINUANCE OF ACTION** |
| Plaintiff, | ) ) | No. 07 CIV 5886 (RJS) |
| v. | ) ) | Hon. Richard J. Sullivan |
| LARRY MULLEN JR. and PAUL HEWSON, | ) ) ) | |
| Defendants. | ) | |

The Plaintiff, NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation, by and through its counsel WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP., hereby discontinues, without prejudice, the summons and complaint dated June 21, 2007, and bearing Index No. 07 CIV 5886, against defendants LARRY MULLEN JR. and PAUL HEWSON, and any and all claims asserted therein.

Dated: White Plains, New York
January 4, 2008

_____
Mathew P. Ross (MPR-9297)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for the plaintiff
NORTH AMERICAN SPECIALTY INSURANCE COMPANY
150 East 42nd Street
New York, New York 10017
212-490-3000
File No. 04345.01173

*This action is dismissed without prejudice, pursuant to Rule 41(A)(1) of the Federal Rules of Civ. Pro.*

SO ORDERED
Dated: 1/7/08
RICHARD J. SULLIVAN
U.S.D.J.

1851217.1